PASQUALE CAMPIGLIA, Respondent, v. DAVID D. DEUTSCH and Another,

Appellants.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.